IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GABRIEL STEVEN LITTLE DOG,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID COOPER, MICHAEL CAREY, JENNIFER ROOT, CHUCK CURRY, FLATHEAD COUNTY, and the FLATHEAD COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | CV-18-00097-M-JTJ<br><br><br>ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

IT IS ORDERED that the Clerk of this Court shall issue a Writ of Habeas Corpus as Testificandum directing the Warden of Montana State Prison to produce Gabriel Steven Little Dog before the United States District Court for the District of Montana, at the Mike Mansfield Federal Courthouse in Butte, Montana, at 9:00 a.m., on August 19, 2020, for such purposes as the Court may determine, and upon conclusion of the proceedings, Gabriel Steven Little Dog shall be returned to the custody of the Montana Department of Corrections, Montana State Prison, Deer Lodge, Montana.  Mr. Little Dog shall be allowed to bring his legal materials to trial and he should be provided non-prison attire for trial.

DATED this 22nd day of May, 2020.

/s/ John Johnston
John Johnston
United States Magistrate Judge