IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GABRIEL STEVEN LITTLE DOG,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID COOPER, MICHAEL CAREY, JENNIFER ROOT, CHUCK CURRY, FLATHEAD COUNTY, and the FLATHEAD COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | CV 18-00097-M-JTJ<br><br>ORDER |

This matter is set for a Final Pretrial Conference on August 19, 2020 at 9:00 a.m. and for a civil jury trial on August 19, 2020 at 10:00 a.m. Accordingly, the United States Marshals Service is directed to coordinate the transport of Mr. Little Dog from his place of incarceration to the United States District Court for the District of Montana, Butte Division to attend these matters. Mr. Little Dog shall be allowed to bring his legal materials to trial and he should be provided non-prison attire for trial.

DATED this 22nd day of May, 2020.

                                                 /s/ John Johnston
                                                 John Johnston
                                                 United States Magistrate Judge